# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.F., By His Parents, W.F. and L.F., : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| v. : | |
| : | NO. 17-4765 |
| RADNOR TOWNSHIP SCHOOL : | |
| DISTRICT, : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this __14th__ day of March, 2019, upon consideration of Plaintiff's Motion for Judgment on the Administrative Record (ECF No. 19), Defendant Radnor Township School District's Response thereto (ECF No. 20), Motion for Judgment on the Administrative Record by Defendant Radnor Township School District (ECF No. 15), and Plaintiff's Cross-Response in Opposition to Defendant's Motion for Judgment on the Administrative Record (ECF No. 17), **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion for Judgment on the Administrative Record (ECF No. 19) is **DENIED** and Defendants' Motion for Judgment on the Administrative Record (ECF No. 15) is **GRANTED**.[1]

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated March 14, 2019.